UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 97-3113-CIV-UNGARO-BENAGES

CLAUDIA ZOROVICH,
    Plaintiff,

vs.

CONDOTTI SHOPS USA, INC.,
a Florida Corporation and IRWIN
E. TAUBER, individually,
    Defendants.
_____/

FILED by ___ D.C.
AUG 2 6 1998
CARLOS JUENKE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ADMINISTRATIVE ORDER CLOSING CASE

THIS CAUSE is before the Court upon a sua sponte examination of the file.

It is hereby ORDERED and ADJUDGED that this case is CLOSED for administrative purposes.

It is further ORDERED and ADJUDGED that all pending motions are DENIED as MOOT.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of August, 1998.

_____
URSULA UNGARO-BENAGES
UNITED STATES DISTRICT JUDGE